Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−21446−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felipe Fernandez
   38 Highland Terrace
   Fords, NJ 08863

Social Security No.:
   xxx−xx−5087

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 17, 2019.

On August 13, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              September 17, 2019
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 14, 2019
JAN: pbf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-21446-MBK
Felipe Fernandez                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Aug 14, 2019
                             Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
```
db         +Felipe Fernandez,    38 Highland Terrace,    Fords, NJ 08863-1303
lm         +Carrington Mortgage Services, LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
517700055  +Bank of America, N.A.,    Carrington Mortgage Services, LLC,
             1600 South Douglass Road, Suite 200-A,    Anaheim, CA 92806-5948
517630107  +Bank of Americs,    100 North Tryon St,    Charlotte, NC 28255-0001
517575145  +Bureau Of Accounts Control,    Po Box 538,    Howell, NJ 07731-0538
517575148  +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
517591777  +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517630108   Jocelyn Perales,    Clifton, NJ
517618302  +Joel F. Baum DDS,    c/o JEROME F. O' BRIEN, ESQ,    PO Box 505,    West Caldwell , NJ 07007-0505
517630110  +Mary Fernandez,    38 Highland Terrace,    Fords, NJ 08863-1303
517575152  +Mercedez Benz Financial,    Po Box 17496,    Baltimore, MD 21297-1496
517984128   OSLA,    US Dept. of ED,    POB 18475,    Oklahoma City, OK  73154-0475
517630109  +Parker McKay,    9000 Midlantic Dr,    Ste 300 POB 5054,    Mt Laurel, NJ 08054-1548
517575154   Resorts USA,    RR 209,    Bushkill, PA 18324
517575156  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,    5005 N River Blvd Ne,
             Cedar Rapids, IA 52411)
517634002  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 00:04:40     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 00:04:36     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517575144  +E-mail/Text: g20956@att.com Aug 15 2019 00:05:13     At&T Mobility,    208 South Akard St,
             Dallas, TX 75202-4206
517575146  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 00:01:19     Capital One,
             Po Box 30281,    Salt Lake City, UT 84130-0281
517671234   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 00:00:34
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517575149  +E-mail/Text: electronicbkydocs@nelnet.net Aug 15 2019 00:04:41     Department Of Education,
             121 S 13th St,    Lincoln, NE 68508-1904
517575150  +E-mail/Text: bankruptcynotices@dcicollect.com Aug 15 2019 00:05:11     Diversified Consultants,
             Po Box 551268,    Jacksonville, FL 32255-1268
517575151  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:00:26     Gecrb,    Po Box 965001,
             Orlando, FL 32896-5001
517658182   E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2019 00:02:25
             LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
             Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517669432  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2019 00:04:36     MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
517575153  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2019 00:04:36     Midland Funding,
             8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
517575155  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:02:02     Syncb,    Po Box 965036,
             Orlando, FL 32896-5036
517576035  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:02:07     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517688365  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:02:01     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517575147  ##+Carrington Mortgage,    1610 E. Saint Andrew Place,    Santa Ana, CA 92705-4941
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 14, 2019
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
            Albert     Russo    docs@russotrustee.com
            Charles G. Wohlrab    on behalf of Loss Mitigation    Carrington Mortgage Services, LLC
             cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
            Charles G. Wohlrab    on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@LOGS.com,
             njbankruptcynotifications@logs.com
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Krystin Miranda Kane    on behalf of Creditor    BANK OF AMERICA, N.A. kralex@logs.com
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
             rsolarz@kmllawgroup.com
            Richard F. Fried    on behalf of Debtor Felipe    Fernandez friedlawyer@aol.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8
```