UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Charles G. Wohlrab, Esquire
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
CGG 18-023264
ATTORNEYS FOR BANK OF AMERICA, N.A.

IN RE:

FELIPE FERNANDEZ, DEBTOR

Order Filed on September 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-21446-MBK

JUDGE: HONORABLE MICHAEL B. KAPLAN

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Shapiro & DeNardo, LLC, Attorneys for Bank of America, N.A. under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

___xx_____ Land and premises known as **Lot 18 Block 336.02 f/k/a Lot 18 Block 336.B Commonly known as 38 Highland Terrace, Fords (Woodbridge Township), New Jersey 08863**

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.