Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Felipe Fernandez

| | |
|---|---|
| Case No.: | _____18-21446_____ |
| Chapter: | _____13_____ |
| Hearing Date: | _____11/13/2019_____ |
| Judge: | _____Michael B. Kaplan_____ |

## ORDER VACATING

_____Order Denying Motion To Reinstate Stay_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Denying Motion To Reinstate Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____11/13/2019_____, be and the same is hereby vacated.

*revised 2/25/14*