Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Felipe Fernandez

Case No.: 18-21446

Chapter: 13

Hearing Date: 11/13/2019

Judge: Michael B. Kaplan

## ORDER VACATING

Order Denying Motion To Reinstate Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Denying Motion To Reinstate Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated         11/13/2019         , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-21446-MBK
Felipe Fernandez                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 1           Date Rcvd: Nov 15, 2019
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db             +Felipe Fernandez,    38 Highland Terrace,    Fords, NJ 08863-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Loss Mitigation    Carrington Mortgage Services, LLC
               cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Krystin Miranda Kane    on behalf of Creditor    BANK OF AMERICA, N.A. kralex@logs.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Richard F. Fried    on behalf of Debtor Felipe   Fernandez friedlawyer@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9