UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RICHARD F. FRIED, ESQ.
Attorney ID#0004091996
61 PEARL STREET
METUCHEN, NJ 08840
(732) 603-1115  Fax (732) 605-5012
friedlawyer@aol.com
ATTORNEY FOR DEBTOR

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Felipe Fernandez
Social Security No. xxx-xx-5087

Case Number:     18-21446
Hearing Date:    11/13/2019
Judge:           Michael B. Kaplan
Chapter:         13

Recommended Local Form:  ☐ Followed   ☒ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Felipe Fernandez
Case No. 18-21446 MBK
Caption of Order: Order Resolving Debtor's Motion to Reinstate Automatic Stay
_____

       This matter having been brought before the Court by Richard F. Fried, Esq., attorney for Debtor Felipe Fernandez, upon a motion to reinstate the automatic stay as to Lot 18 Block 336.02 f/k/a Lot 18 Block 336.B Commonly known as 38 Highland Terrace, Fords (Woodbridge Township) New Jersey 08863, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of the attorney for the Debtor and Shapiro & DeNardo, LLC, attorneys for Secured Creditor Bank of America, N.A.., Jeffrey Rappaport, Esq. appearing, the holder of a mortgage on Debtor's property, and for good cause having been shown

It is **ORDERED, ADJUDGED AND DECREED** that the automatic stay in bankruptcy as to 38 Highland Terrace, Fords (Woodbridge Township) New Jersey 08863 is hereby reinstated up to and including December 3rd, 2019;

It is **FURTHER ORDERED,** that the loss mitigation period in this matter is hereby extended to December 3rd, 2019 in order that the debtor may submit a complete package of documents to creditor via the loss mitigation portal in order that the creditor determine the debtor's eligibility for loss mitigation;

It is **FURTHER ORDERED,** that this matter shall be held in abeyance until December 3rd, 2019 at which time the Standing Trustee's Motion to Dismiss will be heard simultaneously herewith.

It is **FURTHER ORDERED** that within three (3) days of the date of this Order the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-21446-MBK
Felipe Fernandez                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 19, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db              +Felipe Fernandez,    38 Highland Terrace,    Fords, NJ 08863-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Loss Mitigation    Carrington Mortgage Services, LLC
               cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Krystin Miranda Kane    on behalf of Creditor    BANK OF AMERICA, N.A. kralex@logs.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Richard F. Fried    on behalf of Debtor Felipe   Fernandez friedlawyer@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9