**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Felipe Fernandez | Social Security number or ITIN    xxx–xx–5087 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  18–21446–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Felipe Fernandez

5/6/21

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-21446-MBK |
| Felipe Fernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felipe Fernandez, 38 Highland Terrace, Fords, NJ 08863-1303 |
| lm | + | Carrington Mortgage Services, LLC, P.O. Box 5001, Westfield, IN 46074-5001 |
| 517575145 | + | Bureau Of Accounts Control, Po Box 538, Howell, NJ 07731-0538 |
| 517575147 | + | Carrington Mortgage, 1610 E. Saint Andrew Place, Santa Ana, CA 92705-4941 |
| 517591777 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517630108 | | Jocelyn Perales, Clifton, NJ |
| 517618302 | + | Joel F. Baum DDS, c/o JEROME F. O' BRIEN, ESQ, PO Box 505, West Caldwell , NJ 07007-0505 |
| 517630110 | + | Mary Fernandez, 38 Highland Terrace, Fords, NJ 08863-1303 |
| 517575152 | + | Mercedez Benz Financial, Po Box 17496, Baltimore, MD 21297-1496 |
| 517984128 | | OSLA, US Dept. of ED, POB 18475, Oklahoma City, OK 73154-0475 |
| 517630109 | + | Parker McKay, 9000 Midlantic Dr, Ste 300 POB 5054, Mt Laurel, NJ 08054-1548 |
| 517575154 | | Resorts USA, RR 209, Bushkill, PA 18324 |
| 517634002 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 13


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517575144 | + | EDI: CINGMIDLAND.COM | May 07 2021 00:28:00 | At&T Mobility, 208 South Akard St, Dallas, TX 75202-4206 |
| 517700055 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 06 2021 20:45:00 | Bank of America, N.A., Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 517630107 | + | EDI: BANKAMER2.COM | May 07 2021 00:28:00 | Bank of Americs, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 517575146 | + | EDI: CAPITALONE.COM | May 07 2021 00:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517671234 | | EDI: CAPITALONE.COM | May 07 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517575149 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2021 20:46:00 | Department Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517575150 | + | EDI: DCI.COM | May 07 2021 00:28:00 | Diversified Consultants, Po Box 551268, Jacksonville, FL 32255-1268 |
| 517575151 | + | EDI: RMSC.COM | May 07 2021 00:18:00 | Gecrb, Po Box 965001, Orlando, FL 32896-5001 |
| 517575148 | | EDI: JPMORGANCHASE | May 07 2021 00:18:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517658182 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 3180W | Total Noticed: 31 |

| | | May 06 2021 22:14:57 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 517669432 | + EDI: MID8.COM | | |
| | | May 07 2021 00:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517575153 | + EDI: MID8.COM | | |
| | | May 07 2021 00:28:00 | Midland Funding, 8875 Aero Dr, Suite 200, San Diego, CA 92123-2255 |
| 517575155 | + EDI: RMSC.COM | | |
| | | May 07 2021 00:18:00 | Syncb, Po Box 965036, Orlando, FL 32896-5036 |
| 517688365 | + EDI: RMSC.COM | | |
| | | May 07 2021 00:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517576035 | + EDI: RMSC.COM | | |
| | | May 07 2021 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517575156 | EDI: TFSR.COM | | |
| | | May 07 2021 00:28:00 | Toyota Motor Credit, 5005 N River Blvd Ne, Cedar Rapids, IA 52411 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OSLA/US Dept. of Ed. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Loss Mitigation Carrington Mortgage Services  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor BANK OF AMERICA  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

District/off: 0312-3                              User: admin                                      Page 3 of 3
Date Rcvd: May 06, 2021                          Form ID: 3180W                                    Total Noticed: 31

Kathleen M Magoon
                        on behalf of Creditor BANK OF AMERICA  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Krystin Miranda Kane
                        on behalf of Creditor BANK OF AMERICA  N.A. kralex@logs.com

Rebecca Ann Solarz
                        on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Richard F. Fried
                        on behalf of Debtor Felipe Fernandez friedlawyer@aol.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10